| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WISCONSIN |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Unified Science, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  United Science

**3. Debtor's federal Employer Identification Number (EIN)**  
26-0477557

**4. Debtor's address**

Principal place of business

500 Simmon Dr  
Osceola, WI 54020  
Number, Street, City, State & ZIP Code

Polk  
County

Mailing address, if different from principal place of business

_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  
www.unitedscience.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Unified Science, LLC** _____ Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3254__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Unified Science, LLC** _____ Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Unified Science, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 19, 2025**
MM / DD / YYYY

**X** **/s/ Jon Thompson**                              **Jon Thompson**
Signature of authorized representative of debtor        Printed name

Title  **Principal/Managing Member**

**18. Signature of attorney**

**X** **/s/ Evan M. Swenson**                           Date **May 19, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Evan M. Swenson 1099980**
Printed name

**Swenson Law Group, LLC**
Firm name

**118 E. Grand Avenue**
**Eau Claire, WI 54701**
Number, Street, City, State & ZIP Code

Contact phone **715-835-7779**    Email address **evan@swensonlawgroup.com**

**1099980 WI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Unified Science, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Bremer Bank<br>P.O. Box 1000<br>Lake Elmo, MN 55042 | | Line of Credit | | | | $200,000.00 |
| Baker Tilly Assurance<br>P.O. Box 7398<br>Madison, WI 53707 | | Services | | | | $104,595.00 |
| American Express<br>P.O. Box 96001<br>Los Angeles, CA 90096 | | Purchases - Credit Card | | | | $38,903.14 |
| Bizal Manufacturing<br>7880 Ranchers Rd. NE<br>Minneapolis, MN 55432 | | | | | | $37,381.00 |
| American Express Gold<br>P.O. Box 96001<br>Los Angeles, CA 90096 | | Purchases - Credit Card | | | | $28,706.67 |
| Bakke Norman<br>7 S. Dewey Street<br>Eau Claire, WI 54701 | | Services | | | | $22,338.42 |
| Billion & Armitage<br>7401 Metro Blvd. Suite 425<br>Minneapolis, MN 55439 | | Services | | | | $22,265.12 |
| Expandable Software<br>1762 Technology Drive, Suite 118<br>San Jose, CA 95110 | | | | | | $10,500.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Unified Science, LLC**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SGT Sales** 4669 S. Omberg Rd. Superior, WI 54880 | | | | | | $10,000.00 |
| **UPS Delivery Service** P.O. Box 809488 Chicago, IL 60680 | | | | | | $8,102.02 |
| **Baker Tilly Advisory Group, LP** P.O. Box 78375 Milwaukee, WI 53278 | | Services | | | | $5,250.00 |
| **Nordic Sensor Industrial** 8985 Robert-Armour Montreal, PQ H1E 6J7 | | | | | | $4,369.68 |
| **Matheson Tri-GAS** P.O. Box 123028 Dept. 3028 Dallas, TX 75312 | | | | | | $3,811.08 |
| **Carlson Tehnical Services** 3107 E Minnehaha Pkwy Minneapolis, MN 55417 | | | | | | $3,640.00 |
| **Intertek** 40 51st Way NE, Suite 100 Minneapolis, MN 55421 | | | | | | $3,130.00 |
| **Josiah Thompson** 341 Ladd Lane Osceola, WI 54020 | | Services | | | | $3,000.00 |
| **Vistage Worldwide Inc** 4840 Eastgate Mall San Diego, CA 92121 | | | | | | $1,935.00 |
| **Technology Services, LLC** 221 Woodview Lane Luxemburg, WI 54217 | | Services | | | | $1,772.41 |
| **DCS Netlink** 101 E South Street Rice Lake, WI 54868 | | Services | | | | $1,629.98 |
| **HP Inc.** 1501 Page Mill Road Palo Alto, CA 94304 | | | | | | $1,168.99 |

```
U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

Attorney General
17 W. Main
P.O. Box 7857
Madison, WI 53707-7857

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

BYLINE BANK
1000 W Innovation Drive
Suite 110
Milwaukee, WI 53226

Tradewind Management, LLC
401 East Las Olas Blvd
Fort Lauderdale, FL 33301

American Express
P.O. Box 96001
Los Angeles, CA 90096

American Express Gold
P.O. Box 96001
Los Angeles, CA 90096

Baker Tilly Advisory Group, LP
P.O. Box 78375
Milwaukee, WI 53278

Baker Tilly Assurance
P.O. Box 7398
Madison, WI 53707

Bakke Norman
7 S. Dewey Street
Eau Claire, WI 54701

Billion & Armitage
7401 Metro Blvd. Suite 425
Minneapolis, MN 55439

Bizal Manufacturing
7880 Ranchers Rd. NE
Minneapolis, MN 55432

Bremer Bank
P.O. Box 1000
Lake Elmo, MN 55042
```

Byline Bank
c/o Cramer Multhauf, LLP
1601 E. Racine Ave. Suite 200
Waukesha, WI 53186

Carlson Tehnical Services
3107 E Minnehaha Pkwy
Minneapolis, MN 55417

DCS Netlink
101 E South Street
Rice Lake, WI 54868

Expandable Software
1762 Technology Drive, Suite 118
San Jose, CA 95110

Grotefeld Hoffman
311 S. Wacker Drive, Suite 1500
Chicago, IL 60606

HP Inc.
1501 Page Mill Road
Palo Alto, CA 94304

Intertek
40 51st Way NE, Suite 100
Minneapolis, MN 55421

Johnathan David Thompson
15911 Furuby Road
Center City, MN 55012

Josiah Thompson
341 Ladd Lane
Osceola, WI 54020

Matheson Tri-GAS
P.O. Box 123028
Dept. 3028
Dallas, TX 75312

National Quality Assurance
289 Great Road Street
Acton, MA 01720

Nemadji Management, LLC
500 Simmon Drive
Osceola, WI 54020

Nordic Sensor Industrial
8985 Robert-Armour
Montreal, PQ H1E 6J7

```
Plunketts Pest Control
40 52nd Way NE
Minneapolis, MN 55421

Pressure Vessel Engineerying LTD
P.O. Box 112
St. Jacobs, ON N0B2N0

SGT Sales
4669 S. Omberg Rd.
Superior, WI 54880

Technology Services, LLC
221 Woodview Lane
Luxemburg, WI 54217

UPS Delivery Service
P.O. Box 809488
Chicago, IL 60680

Vistage Worldwide Inc
4840 Eastgate Mall
San Diego, CA 92121
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Unified Science, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Unified Science, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 19, 2025**
Date

**/s/ Evan M. Swenson**
**Evan M. Swenson 1099980**
Signature of Attorney or Litigant
Counsel for  **Unified Science, LLC**
**Swenson Law Group, LLC**
**118 E. Grand Avenue**
**Eau Claire, WI 54701**
**715-835-7779 Fax:715-835-2573**
**evan@swensonlawgroup.com**